1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HANCEL ZAGEL-ALCARAZ, | CASE NO. C20-0688JLR-MLP |
|---|---|
| Plaintiff, | ORDER GRANTING IN PART PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Defendant. | |

This matter comes before the court upon Petitioner's motion for an extension of time to file an objection to the Magistrate Judge's Report and Recommendation. (Mot. (Dkt. # 17).)

Petitioner has supplied an address in Mexico for use in this litigation. Petitioner alleges it takes one to three months for mail to reach him in Mexico. The court notes, however, that Petitioner lists a return address of 1515½ E. Young St., Apt. A, Wilmington, CA 99704 on his motion. (Mot. at 3 (flat rate envelope with return address).)

ORDER - 1

1 | Petitioner's response to the Report and Recommendation was due October 2,
2 | 2020. The court GRANTS IN PART Petitioner's motion (Dkt. # 17) and extends the
3 | response date to October 30, 2020.
4 | Dated this 7th day of October, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2