UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HANCEL ZAGAL-ALCARAZ,

          Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

          Respondent.

Case No. C20-688-JLR-MLP

ORDER OF DISMISSAL

      Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. # 16), Petitioner's Objections (Dkt. # 20), and the remaining record, the Court finds and ORDERS:

      (1)     The Court ADOPTS the Report and Recommendation.

      (2)     The Government's motion to dismiss as moot (dkt. # 8) is GRANTED.

      (3)     Petitioner's pending motions (dkt. ## 10, 13, 14) are DENIED.

      (4)     This action is DISMISSED without prejudice.

\\

\\

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 30th day of October, 2020.

*James L. Robart*
United States District Judge

ORDER OF DISMISSAL - 2